THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Thomas Chad Heaton, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2011-205087

-----

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

-----

Appeal from Anderson County
John C. Hayes, III, Post-Conviction Relief Judge

-----

Memorandum Opinion No. 2013-MO-020
Heard June 6, 2013 – Filed June 12, 2013

-----

**DISMISSED AS IMPROVIDENTLY GRANTED**

-----

Attorney General Alan M. Wilson, Chief Deputy
Attorney General John W. McIntosh, and Senior
Assistant Deputy Attorney General Salley W. Elliott, all
of Columbia, for Petitioner.

Ricky K. Harris, of Spartanburg, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Heaton v. State*, Op. No. 2011-UP-456 (S.C. Ct. App. filed Oct. 13, 2011), affirming the grant of Respondent's post-conviction relief (PCR) application.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**